Ivan Paul Cohen, SBN 171686
**LAW OFFICES OF IVAN P. COHEN**
19 Gingerwood,
Irvine, California 92603
Tel: (714) 931-2240 / Fax (949) 861-4099
Email: ipc4law@gmail.com

Attorneys for Plaintiff, LEIYAH SHAN

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LEIYAH SHAN, an individual, | ) Civil Action: 8:18-CV-02310-JVS (ADSx) |
| | ) |
| Plaintiff, | ) Judge: Hon. James V. Selna |
| v. | ) Courtroom: 10C |
| | ) |
| ROUNDPOINT MORTGAGE | ) Action Filed: November 26, 2018 |
| SERVICING CORPORATION; and | ) Trial Date: None |
| DOES 1 through 10, inclusive, | ) |
| | ) ORDER GRANTING DISMISSAL OF |
| Defendants. | ) ENTIRE ACTION |

**TO ALL PARTIES, AND THEIR COUNSEL OF RECORD**

Having considered the request for dismissal with prejudice, with a waiver of costs, the

Court orders the following:

**1.** The entire case is dismissed "with prejudice" with a waiver of costs.

**IT IS SO ORDERED**

February 14, 2019

_____

U.S. District Court Judge
James V Selna